# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Prommis Holdings, LLC, et al., : | |
| Debtors. : | |
| _____ : | |
| EDWARD C. TIDWELL, : | |
| Appellant, : | |
| v. : | C. A. No. 17-1-GMS |
| : | Bankruptcy Case No. 13-10551 |
| HURON CONSULTING GROUP, LLC, : | ADV No. 14-51001 |
| : | BAP No. 16-104 |
| Appellee. : | |

### **RECOMMENDATION**

At Wilmington this **24th** day of **January, 2017**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on January 23, 2017 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter. In addition, the right to file objections to this Recommendation was explained.

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties have

advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge