IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 13 |
| PROMMIS HOLDINGS, LLC, ET AL, | Case No. 13-10551 (BLS) <br> BAP No. 16-104 <br> ADV No. 14-51001 |
| Debtor. | |
| EDWARD C. TIDWELL, | C.A. No. 17-1 GMS |
| Appellant, | |
| v. | |
| HURON CONSULTING GROUP, LLC | |
| Appellee. | |

ORDER

At Wilmington this 25th day of January, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 7);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **February 27, 2017.**

_____
UNITED STATES DISTRICT JUDGE